IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -vs-

MAKHAN SINGH
a/k/a Mandeep Singh

    Defendant.

No. 09-CR-6120

**INFORMATION**
(Felony)

**Violation:**
8 U.S.C. §§ 1324(a)(1)(A)(iv)
& (a)(1)(B)(I)

---

**COUNT I**

**The United States Attorney Charges:**

From in or about December 2006 and continuing to in or about December 2007, in the Western District of New York, the defendant, MAKHAN SINGH, a/k/a Mandeep Singh, knowing and in reckless disregard of the fact that certain aliens had come to, entered and remained in the United States in violation of law, did encourage and induce said aliens to reside in the United States knowing and in reckless disregard of the fact that such residence was and would be in violation of law.

**All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (a)(1)(B)(ii).**

DATED: Rochester, New York, July 14, 2009.

                KATHLEEN M. MEHLTRETTER
                Acting United States Attorney
                Western District of New York

BY: _____
        TIFFANY H. LEE
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        620 Federal Courthouse
        100 State Street
        Rochester, New York 14614
        (585) 263-6760, ext. 2251
        Tiffany.Lee@usdoj.gov